**Electronically Filed
Supreme Court
SCWC-19-0000563
30-MAR-2021
01:34 PM
Dkt. 11 OGAC**

SCWC-19-0000563

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellant,

vs.

DANIEL IRVING JAMES MANION,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000563; 1DTA-19-00266)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Respondent/Defendant-Appellee, Daniel Irving James Manion's application for writ of certiorari filed on February 16, 2021, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, March 30, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

